**Verna Mesunas, appellee, v. Anton Marshall, appellant. Gen. No. 33,740.**

Opinion filed December 31, 1929.
Blaine Brooks Gernon, for appellant. No appearance for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.